**No. 09-8634. Gene Coggins, Petitioner v. Tallapoosa County Department of Revenue.**

559 U.S. 1000, 130 S. Ct. 1898, 176 L. Ed. 2d 357, 2010 U.S. LEXIS 2506.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09-8638. Page Penk, Petitioner v. Edward Tauer, Mayor of the City of Aurora, Colorado, et al.**

559 U.S. 1000, 130 S. Ct. 1898, 176 L. Ed. 2d 357, 2010 U.S. LEXIS 2359.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Colorado dismissed. See Rule 39.8.

**No. 09-8690. Ronald Miles, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

559 U.S. 1001, 130 S. Ct. 1901, 176 L. Ed. 2d 357, 2010 U.S. LEXIS 2491.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09-8713. Tomas D. Cuesta, Sr., Petitioner v. Laura Lynn Fenton.**

559 U.S. 1001, 130 S. Ct. 1902, 176 L. Ed. 2d 357, 2010 U.S. LEXIS 2409.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Wisconsin dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 321 Wis. 2d 50, 775 N.W.2d 256.